IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00261 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| PHILLIP YESSLITH, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Phillip Yesslith shall be released to CAROL SANDERS, a representative of Sierra Tribal Consortium, Turtle Lodge on Tuesday, September 19, 2017, at 9:30a.m. to be admitted and complete the 3 month residential program.

IT IS SO ORDERED.

Dated: **September 18, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE